IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DOMINIQUE RICHARDSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-23-308-D ) |
| RICHARD WITTHEN, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Shon T. Erwin pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 6], in its entirety.

For the reasons stated therein, this action is **DISMISSED WITHOUT PREJUDICE** to refiling.

**IT IS SO ORDERED** this 11th day of July, 2023.

TIMOTHY D. DeGIUSTI
Chief United States District Judge